IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01718-AP

CARLA V. BEEMAN,

                        Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner,
Social Security Administration,

                        Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

### 1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

For Plaintiff:
Elliot L. Bloodsworth
Dawes and Harriss, P.C.
572 East Third Avenue
Durango, CO 81301
elliot.bloodsworth@dawesandharris.com

For Defendant:
TROY A. EID
United States Attorney

KURT J. BOHN
Assistant United States Attorney
kurt.bohn@usdoj.gov

Bonnie Sims
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
Telephone: (303) 844-7278/Fax: (303) 844-0770
bonnie.sims@ssa.gov

-1-

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

**A. Date Complaint Was Filed:** August 30, 2006

**B. Date Complaint Was Served on U.S. Attorney's Office:** October 16, 2006

**C. Date Answer and Administrative Record Were Filed:** December 14, 2006

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

**Plaintiff states:**   To the best of her knowledge, the record is complete.
**Defendant states:**  To the best of her knowledge, the record is complete.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

**Plaintiff states:**   To the best of her knowledge, this case does not involve unusual claims or defenses.
**Defendant states:**  To the best of her knowledge, this case does not involve unusual claims or defenses.

## 7. OTHER MATTERS

**Plaintiff states:**   None anticipated.
**Defendant states:**  None anticipated.

## 8. PROPOSED BRIEFING SCHEDULE

**A. Plaintiff's Opening Brief Due:**   February 12, 2007
**B. Defendant's Response Brief Due:**  March 14, 2007
**C. Plaintiff's Reply Brief (If Any) Due:**  March 29, 2007

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A. Plaintiff's Statement:** Oral Argument is not requested.
    **B. Defendant's Statement:**  Oral Argument is not requested.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.    **( ) All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

    B.    **(X) All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11. OTHER MATTERS**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

    The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of <u>good cause</u>.

    DATED this 3rd day of January, 2007.

                            BY THE COURT:

                            <u>S/John L. Kane</u>
                            U.S. DISTRICT COURT JUDGE

APPROVED:

s/Elliot L. Bloodsworth                TROY A. EID
Elliot Bloodsworth                     United States Attorney
Dawes and Harriss, P.C.
572 East Third Avenue                  KURT J. BOHN
Durango, CO 81301                      Assistant U.S. Attorney
elliot.bloodsworth@dawesandharris.com  kurt.bohn@usdoj.gov

Attorney for Plaintiff                 By: s/Bonnie E. Sims
                                           Bonnie Sims
                                           Special Assistant U.S. Attorney
                                           1961 Stout Street, Suite 1001A
                                           Denver, Colorado  80294
                                           Telephone:  (303) 844-7278
                                           bonnie.sims@ssa.gov

                                           Attorneys for Defendant.