IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 06-cv-01718-MSK

CARLA V. BEEMAN,

       Plaintiff,

v.

MICHAEL J. ASTRUE[1], *Commissioner of Social Security,*

       Defendant.

## ORDER RESETTING ORAL ARGUMENT

Due to a scheduling conflict,

**IT IS ORDERED** that the oral argument hearing set for **December 6, 2007** is **VACATED** and **RESET to December 4, 2007 at 4:00 p.m.** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

Dated this 18th day of July, 2007

       **BY THE COURT:**

       *Marcia S. Krieger*

       Marcia S. Krieger
       United States District Judge

---

[1] Michael J. Astrue, is substituted for Jo Anne B. Barnhart as the defendant in this suit.