IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01718-MSK

CARLA V. BEEMAN,

                    Plaintiff,

vs.

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration,

                    Defendant.

_____

# ORDER

_____

Upon consideration of Plaintiff's Unopposed Motion for Attorney Fees Pursuant to the

Equal Access to Justice Act (Motion) **(#28)**,

**IT IS HEREBY ORDERED** that Plaintiff is awarded EAJA attorney fees in the amount

of $5,000.00, to be made payable to Plaintiff, Carla V. Beeman, and mailed to counsel of record.

DATED this 2nd day of January, 2008.


                              **BY THE COURT:**


                              _____

                              Marcia S. Krieger
                              United States District Judge